UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:10-bk-16063-KSJ

IN RE:

GREGORY WHITTLE and
BETHANY C. WHITTLE,

       Debtors.
_____/

PAUL WHITE, GATESHEATH
TRUSTEES LIMITED, and
GARCROFT TRUSTEES LIMITED,

    Plaintiffs,

                                       Adversary No.

vs.

GREGORY WHITTLE,

    Defendants.
_____/

## COMPLAINT SEEKING EXCEPTION TO DISCHARGE

COME NOW, Plaintiffs, PAUL WHITE, GATESHEATH TRUSTEES LIMITED, and GARCROFT TRUSTEES LIMITED (collectively "Plaintiffs"), by and through their undersigned attorneys, and allege:

1.    This is an action seeking an exception to discharge pursuant to 11 U.S.C. §523(a)(2) and/or §523(a)(4).

2.    This Court has jurisdiction over this action and the parties by virtue of 11 U.S.C. §1471.

3.    Defendant/Debtor, GREGORY WHITTLE ("Debtor"), resides in Seminole County, Florida.

1

4.   On or about September 9, 2010, Debtor filed a voluntary petition for relief under Chapter 7 of Title 11, United States Code.

5.   Plaintiffs are creditors of Debtor. Plaintiffs owned and still own 50% of the membership units in a Florida limited liability company, SGGUSA, LLC ("SGGUSA").

6.   At all times material hereto, Debtor was the managing member of SGGUSA and was in control and possession of all bank accounts, assets, and records of SGGUSA.

7.   Without the consent, knowledge, or approval of Plaintiffs, Debtor defrauded Plaintiffs and embezzled funds from Plaintiffs by:

   a.   paying himself excessive and improper compensation;

   b.   reimbursing personal expenses; and

   c.   making excessive and improper distributions of monies and other assets.

8.   As a result of his fraud and embezzlement, Debtor obtained the sum of at least $650,000.00 from Plaintiffs.

9.   Debtor attempted to conceal his fraud and embezzlement by, *inter alia*:

   a. providing falsified and inaccurate financial and accounting records and operating reports to Plaintiffs; and

b. falsely advising Plaintiffs that all of the assets of SGGUSA had been sold and the proceeds used to pay debts of SGGUSA and that there were no monies left to be disbursed to Plaintiffs.

10. In a further attempt to conceal his fraud and embezzlement, Debtor omitted to advise Plaintiffs that he had improperly paid himself through excessive and unauthorized compensation, reimbursements of personal expenses, and distributions of monies and other assets and that he had provided them with falsified and inaccurate financial and accounting records and operating reports.

11. The above-referenced misrepresentations and omissions were made with the specific intent to defraud Plaintiffs and to embezzle funds and assets from Plaintiffs for Debtor's personal use and benefit.

12. The misrepresentations and omissions of Debtor were materially false and otherwise misleading when made and were made with the present intent not to perform.

13. Plaintiffs reasonably and justifiably relied on each and every one of the above-referenced misrepresentations and omissions.

14. As a direct and proximate result of the fraudulent misrepresentations, omissions, and conduct and embezzlement by Debtor, Plaintiffs have been damaged.

15. As a result of the above-described acts, Debtor has obtained money or property through false pretenses, a false

3

representation or actual fraud, within the meaning of 11 U.S.C. §523(a)(2) and/or committed embezzlement within the meaning of 11 U.S.C. §523(a)(4).

16.   As a result of the above-described acts, Plaintiffs have been damaged in the amount of at least $650,000.00, plus interest, attorney's fees, and costs.

WHEREFORE, Plaintiffs, PAUL WHITE, GATESHEATH TRUSTEES LIMITED, and GARCROFT TRUSTEES LIMITED, request that this Court determine the dischargability of the debt owed to Plaintiffs by Defendant/Debtor, GREGORY WHITTLE, declare the debt to be excepted from discharge, enter judgment on same, and award such other and further relief as is just and proper.

> TODD M. HOEPKER, P.A.
> Post Office Box 3311
> Orlando, Florida 32802-3311
> (407) 426-2060 Telephone
> (407) 426-2066 Facsimile
> Attorneys for Plaintiff
>
> By: _____
>    TODD M. HOEPKER, ESQUIRE
>    Florida Bar No: 507611

\\RECEPTIONPC\MyFiles\26089\10001\ADVERSARYCOMPLT.doc