UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| GREGORY WHITTLE and | ) | Case No. 6:10-bk-16063-KSJ |
| BETHANY CONE WHITTLE, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| PAUL WHITE, GATESHEATH | ) | |
| TRUSTEES LIMITED, and GARCROFT | ) | |
| TRUSTEES LIMITED, | ) | Adversary No. 6:10-ap-327 |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| GREGORY WHITTLE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS ADVERSARY PROCEEDING

This adversary proceeding came on for hearing on March 24, 2011, to consider the debtor/defendant's Motion to Dismiss Adversary Proceeding (Doc. No. 4). Consistent with the Memorandum Opinion Granting Defendant's Motion to Dismiss Adversary Proceeding, entered simultaneously, it is

ORDERED:

1. The Motion to Dismiss (Doc. No. 4) is granted without prejudice.

2. Plaintiffs may file an amended complaint on or before **June 2, 2011**.

3. If an amended complaint is timely filed, the debtor/defendant is directed to file a response on or before **June 22, 2011**.

4. A pretrial conference is scheduled for **11:00 a.m. on June 23, 2011**, at the United States Bankruptcy Court, 5th Floor, Courtroom B, 135 W. Central Blvd., Orlando, Florida 32801.

DONE AND ORDERED in Orlando, Florida, on May 17, 2011.

KAREN S. JENNEMANN
United States Bankruptcy Judge

Copies provided to:

Attorney for Plaintiffs: Todd M. Hoepker, Todd M. Hoepker, PA, PO Box 3311, Orlando, FL 32802

Attorney for Defendant: David L. Robold, Robert & Robold, PA, 131 Park Lake Street, Orlando, FL 32803